THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. ORLO F. FAIRFIELD, Appellant.— Present — Bergan, P. J., Gibson, Herlihy, Reynolds and Taylor, JJ.